UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC GRIFFIN,<br><br>       Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>       Defendants. | No. 2:25-cv-07879-PA (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 12, "FAC") filed by Eric Griffin ("Plaintiff"), the Order re FAC issued by the assigned magistrate judge (Dkt. 13), and the Report and Recommendation of the magistrate judge (Dkt. 15, "Report"). Plaintiff did not file a timely objection to the Report. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: November 17, 2025

_____
PERCY ANDERSON
United States District Judge