JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC GRIFFIN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-07879-PA (JDE)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is DISMISSED with prejudice.

Dated: November 17, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　  　　　　　　　　　　United States District Judge